# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHY LOY,<br>    Plaintiff<br><br>v.<br><br>MAHANOY AREA SCHOOL DISTRICT,<br>and<br>DR. JOIE GREEN,<br>    Defendants. | Civil Action No. 3:17-cv-01428<br><br>(Malachy E. Mannion) |

## DEFENDANTS' MOTION TO DISMISS
## AND TO STRIKE CERTAIN AVERMENTS

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f), Defendants Mahanoy Area School District and Dr. Joie Green move to dismiss Plaintiff's Amended Complaint and to strike certain averments, respectively, and in support thereof, incorporate by reference and rely upon the accompanying Memorandum of Law in Support of this Motion.

                                                  LEVIN LEGAL GROUP, P.C.

                                                  /s/ James J. Musial
                                                  Michael I. Levin, Esquire
                                                  PA Attorney I.D. No. 21232
                                                  James J. Musial, Esquire
                                                  PA Attorney I.D. No. 71100
                                                  1301 Masons Mill Business Park
                                                  1800 Byberry Road
                                                  Huntingdon Valley, PA 19006
                                                  (215) 938-6378
                                                  mlevin@levinlegalgroup.com
Date: November 27, 2017                  jmusial@levinlegalgroup.com
                                                  *Counsel for Defendants*

## CERTIFICATE OF SERVICE

James J. Musial, one of the attorneys for the Defendants, hereby certifies that the foregoing Motion to Dismiss and To Strike Certain Averments, together with the accompanying Memorandum of Law in Support and proposed Order were filed with the Court and served on the Plaintiff's counsel listed below through the Court's Electronic Filing System on the below date and is available for viewing and downloading:

>   Lisa Matukaitis, Esquire
>   MATUKAITIS LAW, LLC
>   104 State Street
>   Harrisburg, PA 17101

>   /s/James J. Musial
>   James J. Musial

Date: November 27, 2017