

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Divisional Offices:

Harrisburg:     (717) 221-3920
Williamsport:  (570) 323-6380

(570) 207-5600   FAX (570) 207-5650
Internet Address: http://www.pamd.uscourts.gov

*ELECTRONICALLY FILED*

June 25, 2018

The Honorable Malachy E. Mannion
United States District Judge
U.S. District Court, Middle District of Pennsylvania
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
Scranton, PA 18503

**Re:   Report of the Mediator**
      <u>**Loy v. Mahanoy Area School District**</u>**, Civil No.  3: 17-CV-1428 (Mannion, J.)**

Dear Judge Mannion:

The matter is settled.  The parties request you issue an order permitting 60 days to complete the agreement.

Thank you for allowing me to serve as mediator in this case.

Sincerely,

**s/ Joseph A. Barrett**
Joseph A. Barrett