**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KATHY LOY,** | : | |
| Plaintiff | : | **CIVIL ACTION NO. 3:17-1428** |
| v. | : | **(JUDGE MANNION)** |
| **MAHANOY AREA SCHOOL DISTRICT, and DR. JOIE GREEN,** | : | |
| | : | |
| Defendants | | |

# O R D E R

The Mediator has reported to the court that this case has been resolved and settled, **IT IS ORDERED THAT** this action be dismissed without costs and without prejudice to the right of either party upon good cause shown to apply for reinstatement of the action within sixty (60) days of the date of this order if settlement has not been consummated.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: June 29, 2018**

O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2017 ORDERS\17-1428-07.wpd