**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KATHY LOY,<br>    Plaintiff<br><br>v.<br><br>MAHANOY AREA SCHOOL DISTRICT,<br>and<br>DR. JOIE GREEN, INDIVIDUALLY<br>    Defendants. | Civil Action No. 3:17-cv-01428<br><br>(Malachy E. Mannion) |

**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT**
**DR. JOIE GREEN, INDIVIDUALLY, PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED by and between the parties that Defendant Dr. Joie Green, Individually, is dismissed from the above-captioned action, with prejudice, with each party to bear their own attorneys' fees and costs.

| MATUKAITIS LAW LLC | LEVIN LEGAL GROUP, P.C. |
|---|---|
| /s/ Lisa Matukaitis<br>Lisa Matukaitis, Esquire<br>PA Attorney I.D. No. 20246<br>2201 N. Front Street<br>Suite 203<br>Harrisburg, PA 17110<br>(717) 412-7759<br>lm@matlawllc.com<br>*Counsel for Plaintiff* | /s/ James J. Musial<br>Michael I. Levin, Esquire<br>PA Attorney I.D. No. 21232<br>James J. Musial, Esquire<br>PA Attorney I.D. No. 71100<br>1301 Masons Mill Business Park<br>1800 Byberry Road<br>Huntingdon Valley, PA 19006<br>(215) 938-6378<br>mlevin@levinlegalgroup.com<br>jmusial@levinlegalgroup.com<br>*Counsel for All Defendants* |

**BY THE COURT:**

_____
Honorable Malachy E. Mannion, J.